No. 82–1154. BOROUGH OF SAYREVILLE ET AL. *v.* MIDDLESEX COUNTY UTILITIES AUTHORITY ET AL. C. A. 3d Cir. Certiorari denied.

No. 82–1158. WEST *v.* WEST. Ct. App. Okla. Certiorari denied.

No. 82–1161. TEAMSTERS LOCAL No. 243, AFFILIATED WITH THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS OF AMERICA *v.* SEARS, ROEBUCK & CO. C. A. 6th Cir. Certiorari denied.

No. 82–1182. SOUTHERN PACIFIC TRANSPORTATION CO. *v.* NORMAN. C. A. 9th Cir. Certiorari denied.

No. 82–1185. MUIR ET AL. *v.* ALABAMA EDUCATIONAL TELEVISION COMMISSION ET AL.; and

No. 82–1196. BARNSTONE ET AL. *v.* UNIVERSITY OF HOUSTON, KUHT–TV, ET AL. C. A. 11th Cir. Certiorari denied.

No. 82–1189. UNITED TRANSPORTATION UNION *v.* SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY ET AL. Sp. Ct. R. R. R. A. Certiorari denied.

No. 82–1195. MEYER *v.* THOMSON & MCKINNON AUCHINCLOSS KOHLMEYER, INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 82–1205. SAWYER ET AL. *v.* IRANIAN STUDENT ASSN. ET AL. C. A. 5th Cir. Certiorari denied.

No. 82–1218. FLOWERS INDUSTRIES, INC., ET AL. *v.* BROWN ET AL. C. A. 5th Cir. Certiorari denied.

No. 82–1234. PARKER, INDIVIDUALLY, AND AS ADMINISTRATOR OF THE ESTATE OF PARKER, ET AL. *v.* COUNTY OF NASSAU ET AL. C. A. 2d Cir. Certiorari denied.